IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NUMBER 3:20-MJ-18-DCK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 6441 HENDRY ROAD, SUITE B, CHARLOTTE, NORTH CAROLINA 28269 | ) ) ) ) ) **ORDER** |

THIS MATTER IS BEFORE THE COURT on United States of America's "Consent Motion for Approval of Filter Team Protocol for Jill Goden and United Atlantic Public Adjusters" filed July 14, 2021 (Document 3), which proposes protocols governing the review of certain documents and electronic data seized pursuant to a search warrant.

The Court has reviewed the Consent Motion, with its attached "Agreed Protocols for Screening Privileged Documents and Communications" (Document 3-2), as well as the original search warrant (Document 3-1), and finds that good cause has been shown to execute the parties' proposed protocols. Thus, the Motion is GRANTED.

IT IS THEREFORE ORDERED that the parties comply with the terms of the Agreed Protocols in Document 3-2.

SO ORDERED this 11th day of August 2021.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE